**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 09-cv-02258-ZLW

MELVYN P. RIVERS,

      Applicant,

v.

KEVIN MILYARD, and
JOHN W. SUTHERS, The Attorney General of the State of Colorado,

      Respondents.

---

**MINUTE ORDER**

---

ORDER ENTERED BY SENIOR JUDGE ZITA L. WEINSHIENK

      The envelope containing copies of the Court's February 8, 2010, Judgment and Order to Dismiss that was mailed to Plaintiff was returned to the Court on February 16, 2010, for insufficient postage.  Therefore, the Clerk of the Court is directed to remail to Plaintiff, with the additional postage required, a copy of this Minute Order, along with copies of the February 8 Judgment and Order of Dismissal.

Dated:  February 17, 2010